Kamaria Davis
Leibovic Law Group
21540 Plummer Street Suite B
Chatsworth, CA 91311
T: (818) 465-1633
F: (818) 995-4838
E-mail: Kamariad@leiboviclawgroup.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN ALAN COLVIN, | CASE No.: 8:22-CV-00199-JEM |
| Plaintiff | |
| vs. | **ORDER FOR THE AWARD OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT 28 U.S.C. § 2412 (d)** |
| KILOLO KIJAKAZI, | |
| Acting Commissioner of Social Security | |
| Defendant(s). | |

The Court having approved the stipulation of the parties, IT IS ORDERED that Plaintiff be awarded attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in the amount of ONE THOUSAND-FIVE HUNDRED-NINE DOLLARS AND FIFTY-NINE CENTS ($1,509.59).

DATE: 8/16/22

/s/John E. McDermott
THE HONORABLE JOHN E. McDERMOTT
UNITED STATES MAGISTRATE JUDGE